UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| BANK OF AMERICA, N.A., | ) |
| | ) No. 08-CV-5154 |
| Plaintiff, | ) |
| v. | ) Judge: Hendren |
| | ) |
| MEAT PRODUCTS INTERNATIONAL, INC. | ) |
| | ) |
| Defendant. | ) |

## AGREED ORDER APPOINTING RECEIVER

THIS MATTER COMING TO BE HEARD upon the Motion for the Permanent Appointment of a Receiver (the "Motion") (Doc. No. 4) filed by Plaintiff, Bank of America, N.A. ("Bank") against the Defendant, Meat Products International, Inc. ("Meat Products"); due and proper notice of the Motion having been provided to all parties entitled thereto; Meat Products and Bank having agreed to the entry of this Agreed Order; and this Court otherwise being fully advised in the premises.

**NOW, THEREFORE, IT IS HEREBY ORDERED** as follows:

1. The Court appoints Michael J. Eber ("Eber"), c/o High Ridge Partners, Inc., 140 South Dearborn, Suite 420, Chicago, Illinois 60603 as receiver of Meat Products (the "Receiver") on an interim basis subject to Federal Rule of Civil Procedure 66 and 28 U.S.C. § 959.

2. The Receiver shall submit a budget to the Court within seven (7) days of the entry of this Order.

3. The Court shall hold a status hearing by telephone conference on August 18, 2008 at 11:30 a.m. regarding the continued appointment of the Receiver.

IT IS SO ORDERED this 8th day of August, 2008.

/s/ Jimm Larry Hendren
Jimm Larry Hendren
United States District Court Judge

AGREED THIS 7th day of August, 2008

| MEAT PRODUCTS INTERNATIONAL, INC. | BANK OF AMERICA, N.A. |
|---|---|
| By: /s/ John C. Everett<br>One of its Attorneys | By: /s/ Stanley F. Orszula<br>One of its Attorneys |

John C. Everett, Esq.
EVERETT & WALES
1944 East Joyce Blvd.
PO Box 8370
Fayetteville, AR 72703
Telephone: (479) 443-0292
Facsimile: (479) 443-0564

- and –

Ronald L. Boyer, Esq.
BOYER, SCHRANTZ, RHOADS & TEAGUE
221 N. Third St.
Rogers, AR 72756
Telephone: (479) 636-2500
Facsimile: (479) 636-2443

Michael L. Molinaro, Esq. (ARDC# 6183221)
Stanley F. Orszula, Esq. (ARDC #6257162)
John F. Hiltz, Esq. (ARDC #6289744)
LOEB & LOEB LLP
321 North Clark Street, Suite 2300
Chicago, IL 60654
Telephone: (312) 464-3100
Facsimile: (312) 464-3111

- and -

J. Leslie Evitts, III
J. Gregory Magness
HARDIN, JESSON & TERRY PLC
Arvest Bank Building
Suite 500
5000 Rogers Avenue
PO Box 10127
Fort Smith, AR 72917-0127
Telephone: (479) 452-2200
Facsimile: (479) 452-9097

Signed copy of document bearing signatures of above attorneys is being maintained in the office of Hardin, Jesson & Terry, PLC