IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**BANK OF AMERICA, N.A.**                                                                 **PLAINTIFF**

      **v.**             **Civil No. 08-5154**

**MEAT PRODUCTS INTERNATIONAL, INC.**                                                     **DEFENDANT**

### O R D E R

Now on this 23rd day of October, 2008, comes on for consideration the parties' **Stipulation of Dismissal** (document #30) filed on October 13, 2008. The Court, being well and sufficiently advised, finds that Bank of America, N.A.'s complaint against Meat Products International, Inc. should be, and hereby is, **dismissed** pursuant to Rule 41 of the Federal Rules of Civil Procedure. The Complaint in Intervention, filed by the Export-Import Bank of the United States remains pending.

**IT IS SO ORDERED.**

                                                              /s/ Jimm Larry Hendren
                                                      JIMM LARRY HENDREN
                                                      UNITED STATES DISTRICT JUDGE