**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**EXPORT-IMPORT BANK OF THE UNITED STATES**                                **PLAINTIFF**

**v.**                    **Civil No. 08-5154**

**MEAT PRODUCTS INTERNATIONAL, INC.**                                      **DEFENDANT**

**O R D E R**

Now on this 27th day of July, 2009, the above referenced matter comes on the Court's consideration of the receiver's **Motion to Approve Final Distribution (Doc. #53)**. The Court, being well and sufficiently advised, and noting that the response time for the instant motion has expired without objection from the plaintiff or defendant, finds that the motion should be **granted** and that the receiver should distribute $381,945.97 to Ex-Im Bank as required by the Consent Judgment.

**IT IS SO ORDERED.**

                                                       /s/ Jimm Larry Hendren
                                                       **JIMM LARRY HENDREN
                                                       UNITED STATES DISTRICT JUDGE**